UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NIKOS KIDIS,

    Plaintiff,

v.

JEAN REID and J. MORAN,
in their individual and official capacities,

    Defendants.

CASE NO:
HON:

| |
|---|
| CHRISTOPHER TRAINOR & ASSOCIATES <br> CHRISTOPHER J. TRAINOR (P42449) <br> SHAWN C. CABOT (P64021) <br> KRYSTINA R. DOSS (P77365) <br> Attorneys for Plaintiff <br> 9750 Highland Road <br> White Lake, MI 48386 <br> (248) 886-8650 <br> shawn.cabot@cjtrainor.com <br> krystina.doss@cjtrainor.com |

THERE IS NO OTHER PENDING OR RESOLVED ACTION ARISING OUT OF THE TRANSACTION OR OCCURRENCE ALLEGED IN THE COMPLAINT.

## COMPLAINT AND JURY DEMAND

**NOW COMES** Plaintiff, **NIKOS KIDIS**, by and through his attorneys, CHRISTOPHER TRAINOR AND ASSOCIATES, and for his Complaint against the above-named Defendants states as follows:

1. Plaintiff is currently a resident of the City of Warren, Macomb County, State of Michigan.

2. That Defendant Jean Reid is and/or was a police officer working for and/or

1

assigned to the City of Warren Police Department, and at all times mentioned herein was acting under color of law, in his/her individual and official capacity, and in the course and scope of his/her employment at all times mentioned herein.

3. That Defendant J. Moran is and/or was a police officer working for and/or assigned to the City of Warren Police Department, and at all times mentioned herein was acting under color of law, in his/her individual and official capacity, and in the course and scope of his/her employment at all times mentioned herein.

4. All events giving rise to this lawsuit occurred in the City of Warren, County of Macomb, State of Michigan.

5. This lawsuit arises out of Defendants' violation of Plaintiff's federal constitutional rights as secured by the Fourth and Fourteenth Amendments to the United States Constitution and consequently, Plaintiff has a viable claim for damages under 42 U.S.C. §1983.

6. Jurisdiction is vested in this Court pursuant to 28 U.S.C. §1331 (federal question) and 28 U.S.C. § 1343 (civil rights).

7. That the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) not including interest, costs, and attorney fees.

# **FACTS**

8. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein.

9. On or about August 31, 2014 Plaintiff was driving his vehicle in the City of Warren, at which time he hit another vehicle.

10. Defendant Reid arrived at the scene and saw Plaintiff leaving the general area where the accident had occurred.

11. Defendant Reid approached Plaintiff, at which time Plaintiff went in the opposite direction of Defendant Reid.

12. After a brief pursuit, Defendants Reid and Moran apprehended Plaintiff.

13. Plaintiff was handcuffed, and after that time, Defendants Moran and Reid punched and struck Plaintiff.

14. Plaintiff was then transported to the Warren Police Department jail by Warren Police Department officers.

15. When Plaintiff arrived at the jail, he had obvious bruising and injuries about his body.

16. At the jail, Plaintiff repeatedly requested medical attention for his obvious injuries, but was denied same by the jailers at the Warren Police Department jail.

17. As a result of the Defendants' unlawful actions, Plaintiff suffered injuries and damages.

### COUNT I
### VIOLATION OF THE FOURTH AMENDMENT
### 42 U.S.C. § 1983 EXCESSIVE FORCE

18. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein.

19. At all relevant times herein, the individually-named Defendants acted under color of law, within the scope and course of their employment, and in their official and individual capacities.

20. The individually-named Defendants violated Plaintiff's clearly established and federally protected rights as set forth under the United States Constitution and the Amendments thereto, including, but not limited to, the Fourth Amendment of the United States Constitution to be free from unreasonable searches and seizures mainly to be free from excessive use of force, when they employed unnecessary and unreasonable excessive force which resulted in significant injuries to Plaintiff.

21. The actions of the individually named Defendants were at all times objectively unreasonable and in violation of Plaintiff's clearly established rights under the Fourth Amendment to the United States Constitution which proximately resulted in significant injuries to Plaintiff.

22. The individually-named Defendants are not entitled to qualified immunity because they violated Plaintiff's clearly established Fourth Amendment right to be free from excessive use of force.

23. As a proximate result of the violations and/or deprivations of Plaintiff's constitutional rights by Defendants, Plaintiff has a viable claim for compensatory and punitive damages pursuant to 42 U.S.C. § 1983 together with costs, interests, and attorney fees as set forth in 42 U.S.C. § 1988.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an award in his favor and against Defendants in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest, costs, and attorney fees.

        Respectfully submitted,
        CHRISTOPHER TRAINOR & ASSOCIATES

        **s/Shawn C. Cabot**
        CHRISTOPHER J. TRAINOR (P42449)
        SHAWN C. CABOT (P64021)
        KRYSTINA R. DOSS (P77365)
        Attorneys for Plaintiff
        9750 Highland Road
        White Lake, MI 48386
        (248) 866-8650
        shawn.cabot@cjtrainor.com

Dated:  August 24, 2016
SCC/krd

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NIKOS KIDIS,

    Plaintiff,

v.                                                                                              CASE NO:
                                                                                     HON:

JEAN REID and J. MORAN,
in their individual and official capacities,

    Defendants.

| |  |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>SHAWN C. CABOT (P64021)<br>KRYSTINA R. DOSS (P77365)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650<br>shawn.cabot@cjtrainor.com<br>krystina.doss@cjtrainor.com | |

**<u>DEMAND FOR TRIAL BY JURY</u>**

**NOW COMES** Plaintiff, **NIKOS KIDIS**, by and through his attorneys, CHRISTOPHER TRAINOR AND ASSOCIATES, and herby makes a demand for trial by jury in the above-entitled cause.

                                                      Respectfully submitted,
                                                      CHRISTOPHER TRAINOR & ASSOCIATES

                                                      **s/Shawn C. Cabot**
                                                      CHRISTOPHER J. TRAINOR (P42449)
                                                      SHAWN C. CABOT (P64021)
                                                      KRYSTINA R. DOSS (P77365)
                                                      Attorneys for Plaintiff
                                                      9750 Highland Road
                                                      White Lake, MI 48386
                                                      (248) 866-8650
                                                      shawn.cabot@cjtrainor.com

Dated:  August 24, 2016
SCC/krd