UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nikos Kidis,

    Plaintiff,

v.                                Case No. 16-13070

John Moran,                 Sean F. Cox
                                         United States District Court Judge

    Defendant.

_____/

## **AMENDED JUDGMENT**

This action came before the Court for a trial by jury. This action was tried and the jury rendered its verdict on October 25, 2018.

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of the plaintiff, Nikos Kidis, and against the defendant, John Moran.

**IT IS FURTHER ORDERED** that damages are awarded to plaintiff as follows:

    A)     $1.00 is awarded to plaintiff for nominal damages.

    B)     $200,000 is awarded to plaintiff for punitive damages.

**IT IS FURTHER ORDERED** that, for the reasons set forth in an Opinion and Order issued on this date, plaintiff is awarded $143,787.97 in reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 1988(b).

**IT IS FURTHER ORDERED** that, for the reasons set forth in an Order issued on this date, plaintiff is awarded taxed costs in the amount of $4,034.22.

**IT IS SO ORDERED**.

                                                                s/Sean F. Cox
                                                                Sean F. Cox
                                                                United States District Judge